## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. JAMES FIRTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-2215 (RWR) |
| | ) |
| MIKE JOHANNS, | ) |
| U.S. Department of the Agriculture | ) |
| 1400 Independence Ave., S.W. | ) |
| Washington, D.C. 20250 | ) |
| | ) |
| The Secretary of the Department of Agriculture | ) |
| | ) |
| (sued in his official capacity) | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

___/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205