UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
A. JAMES FIRTH,               )
                              )
        Plaintiff,            )
                              )
        v.                    )   Civil Action No. 06-2215 (RWR)
                              )
MIKE JOHANNS,                 )
                              )
        Defendant.            )
_____ )
```

**NOTICE AND ORDER TO SHOW CAUSE**

Plaintiff filed this case on December 27, 2006, however no proof of service has been filed. Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action against a defendant upon proper notice where the plaintiff has not accomplished service of the summons and complaint on a defendant within one hundred twenty days of filing suit. Accordingly, it is hereby

ORDERED that on or before April 30, 2007 the plaintiff shall either present evidence of service on the defendant or show cause why the case should not be dismissed for failure to effect service on the defendant. Plaintiff is advised that failure to comply may result in dismissal of this case against the defendant.

SIGNED this 16th day of April, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```