IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. JAMES FIRTH,         )<br>                         )<br>    Plaintiff,    )<br>                         )<br> v.                      ) Civil Action No. 06-2215 (RWR)<br>                         )<br>                         )<br>MIKE JOHANNS, Secretary, )<br>U.S. Department of the   )<br>Agriculture             )<br>                         )<br>    Defendant.    )<br>                         ) | |

**NOTICE TO THE COURT**

The defendant advises the Court that the United States Attorney's Office was served with the Summons and the Complaint in the above case on February 13, 2007.

                           Respectfully submitted,

                           __/s/_____
                           JEFFREY A. TAYLOR, D.C. BAR # 498610
                           United States Attorney

                           __/s/_____
                           RUDOLPH CONTRERAS, D.C. BAR # 434122
                           Assistant United States Attorney

                           __/s/_____
                           DIANE M. SULLIVAN, D. C. BAR # 12765
                           Assistant United States Attorney
                           Judiciary Center Building
                           555 Fourth Street, N.W.
                           Room E4919
                           Washington, D.C. 20530
                           (202) 514-7205