# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| A. JAMES FIRTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2215 (RWR) |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| U.S. Department of the ) | |
| Agriculture ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer the amended complaint up to and including May 4, 2007.

Counsel for the defendant is presently involved in pretrial preparation for a trial set for May 16, 2007.  Counsel will not be able to review the amended complaint until next week.

Counsel for the plaintiff consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including May 4, 2007 to file an answer to the amended complaint.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205