UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**A. James Firth,**                 )
                                    )
       **Plaintiff,** )
                                    )
       v.            )
                                    )    Civil Action No. 1:06CV02215
**Mike Johanns,**                   )
                                    )
       The Secretary of the )
       Department of Agriculture )
                                    )
       **Defendant.** )
_____)

### NOTICE OF SERVICE

Pursuant to the Court's Order of April 17, 2007, Plaintiff is hereby submitting an Affidavit of Service on Defendant Mike Johanns (in his official Capacity as Secretary of the Department of Agriculture), the United States Attorney for the District of Columbia, and the Attorney General of the United States, the last two being required under Federal Rule of Civil Procedure No. 4(i)(1) for any lawsuit against a federal entity.

           Respectfully submitted,

           THE GOLDSMITH LAW FIRM, LLC

              /s/
           _____
           Leizer Z. Goldsmith  (D.C. Bar No. 419544)
           5335 Wisconsin Avenue, N.W., Suite 440
           Washington, D.C. 20015
           Telephone: (202) 895-1506
           Facsimile:  (202) 318-0798
           Counsel For Plaintiff A. James Firth

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. James Firth,<br><br>    Plaintiff,<br><br>    v.<br><br>Mike Johanns,<br><br>    The Secretary of the<br>    Department of Agriculture<br><br>    Defendant. | Civil Action No. 1:06CV02215 |

### AFFIDAVIT OF ADAM MARKER

1. My name is Adam W Marker. I am over 18 years of age, and competent to testify in a court of law.

2. I am an associate at The Goldsmith Law Firm, LLC, located at 5335 Wisconsin Avenue, NW Ste. 440 Washington, D.C. 20015. My duties include, among other things, arranging for service of complaints.

3. Pursuant to Rule 4(i)(1) — I served a copy of the complaint and summons on the United States Attorney for the District of Columbia, Attorney General of the United States, and the Secretary of the Department of Agriculture, as follows:

4. I served the United States Attorney for the District of Columbia by sending a copy of the summons and complaint by certified mail (Receipt No. 7005 1820 0002 9182 7284). From the United States Postal Service, I received PS Form 3811, "Domestic Return Receipt," indicating service was effected on February 12, 2007.

5. I served the office of the Secretary of the Department of Agriculture, Mike Johanns, by sending a copy of the summons and complaint by certified mail (Receipt

No. 7005 1820 0002 9182 7291). From the United States Postal Service, I received PS Form 3811, "Domestic Return Receipt," indicating service was effected on February 12, 2007.

6. I served the office of the Attorney General of the United States by sending a copy of the summons and complaint by certified mail (Receipt No. 7005 1820 0002 9182 7147). From the United States Postal Service, I received PS Form 3811, "Domestic Return Receipt," indicating service was effected on February 12, 2007.

7. I am attaching copies of the PS Form 3811, "Domestic Return Receipt" cards for each person or entity served. As the scanned copies of the cards are not as clear as one might like them to be, I am retaining the original cards in the file should the court wish to see them.

I have personal knowledge of the matters stated in this affidavit, and am competent to testify to the same.

I swear and affirm under penalty of perjury that the foregoing affidavit, consisting of two pages and seven paragraphs is true and accurate to the best of my knowledge.

_____    4-30-07
Adam W. Marker                              Dated

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mike Johanns
   Dept. of Agriculture
   1400 Independence Ave SW
   Washington, DC 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tina Wimberly_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Tina Wimberly                    2/13/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0002 9182 7291

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

