UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**A. James Firth,**                   )
                                    )
      **Plaintiff,**           )
                                    )
      v.                        )
                                    )   **Civil Action No. 1:06CV02215**
**Mike Johanns,**                )
                                    )
      **The Secretary of the**  )
      **Department of Agriculture**  )
                                    )
      **Defendant.**            )
_____)

**NOTICE OF SERVICE**

Pursuant to the Court's Order of April 17, 2007, Plaintiff is hereby submitting an Affidavit of Service on Defendant Mike Johanns (in his official Capacity as Secretary of the Department of Agriculture), the United States Attorney for the District of Columbia, and the Attorney General of the United States, the last two being required under Federal Rule of Civil Procedure No. 4(i)(1) for any lawsuit against a federal entity.

                              Respectfully submitted,

                              THE GOLDSMITH LAW FIRM, LLC

                              /s/
                            _____
                            Leizer Z. Goldsmith  (D.C. Bar No. 419544)
                            5335 Wisconsin Avenue, N.W., Suite 440
                            Washington, D.C. 20015
                            Telephone: (202) 895-1506
                            Facsimile:  (202) 318-0798
                            Counsel For Plaintiff A. James Firth

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. James Firth,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Mike Johanns,<br><br>　　The Secretary of the<br>　　Department of Agriculture<br><br>　　　　Defendant. | Civil Action No. 1:06CV02215 |

### AFFIDAVIT OF ADAM MARKER

1. My name is Adam W Marker. I am over 18 years of age, and competent to testify in a court of law.

2. I am an associate at The Goldsmith Law Firm, LLC, located at 5335 Wisconsin Avenue, NW Ste. 440 Washington, D.C. 20015. My duties include, among other things, arranging for service of complaints.

3. Pursuant to Rule 4(i)(1) — I served a copy of the complaint and summons on the United States Attorney for the District of Columbia, Attorney General of the United States, and the Secretary of the Department of Agriculture, as follows:

4. I served the United States Attorney for the District of Columbia by sending a copy of the summons and complaint by certified mail (Receipt No. 7005 1820 0002 9182 7284). From the United States Postal Service, I received PS Form 3811, "Domestic Return Receipt," indicating service was effected on February 12, 2007.

5. I served the office of the Secretary of the Department of Agriculture, Mike Johanns, by sending a copy of the summons and complaint by certified mail (Receipt

No. 7005 1820 0002 9182 7291). From the United States Postal Service, I received PS Form 3811, "Domestic Return Receipt," indicating service was effected on February 12, 2007.

6. I served the office of the Attorney General of the United States by sending a copy of the summons and complaint by certified mail (Receipt No. 7005 1820 0002 9182 7147). From the United States Postal Service, I received PS Form 3811, "Domestic Return Receipt," indicating service was effected on February 12, 2007.

7. I am attaching copies of the PS Form 3811, "Domestic Return Receipt" cards for each person or entity served. As the scanned copies of the cards are not as clear as one might like them to be, I am retaining the original cards in the file should the court wish to see them.

I have personal knowledge of the matters stated in this affidavit, and am competent to testify to the same.

I swear and affirm under penalty of perjury that the foregoing affidavit, consisting of two pages and seven paragraphs is true and accurate to the best of my knowledge.

_____         4-30-07
Adam W. Marker                          Dated