UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

A. JAMES FIRTH,                        )
                                       )
    Plaintiff,                         )
                                       )
v.                                     ) Civil Action No. 06-cv-2215 (RWR)
                                       )
MIKE JOHANNS,                          )
Secretary                              )
U.S. Department of Agriculture,        )
                                       )
    Defendant.                         )
_____

## JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and LCvR 16.3(c), the parties hereby report to the Court that counsel for the parties conferred on June 5, 2007. As a consequence of this conference, the parties hereby report to the Court as follows:

    1.    <u>Dispositive Motions</u>

Defendant anticipates filing such a Motion.

    2.    <u>Joinder/Amendment/Narrowing</u>: The parties do not anticipate the necessity to join third parties. However, Plaintiff does anticipate the need to amend his Complaint in late August, upon the expiration of the minimum time required for administrative processing of a related claim for which administrative proceedings have already been initiated. The parties agree that amendment may be undertaken by end of September without leave of court. The parties understand that other circumstances may change, particularly because Plaintiff is still employed by Defendant, and the parties agree to work together to ensure an orderly discovery and pretrial process.

    3.    <u>Assignment To Magistrate Judge</u>:  The parties do not consent to trial by a magistrate judge at this time.

    4.    <u>Settlement Possibility</u>:  The parties intend to explore the possibility of early settlement, though it is not yet clear whether settlement is a realistic possibility.

    5.    <u>Alternative Dispute Procedures</u>:  At this time, the parties do not believe that the case could benefit from the Court's ADR process.  The parties will inform the Court if it appears that mediation might be useful later, particularly after close of discovery.

    6.    <u>Dispositive Motions</u>:  The parties suggest that any post-discovery dispositive motion be filed within 45 days after the close of discovery, that any Opposition to that motion be filed within 30 days of the filing of the dispositive motion, and that any Reply to the Opposition be filed within 15 days of the filing of the Opposition.

    <u>7.</u>    <u>Initial Disclosures</u>:  The parties agree to exchange initial disclosures authorized under Fed. R. Civ. P. 26(a)(1) within 20 days of this filing.

    <u>8.</u>    <u>Discovery</u>:  The parties propose that the Court set a discovery schedule for this case, in accordance with the attached proposed Scheduling Order.  The parties believe that discovery should close on March 1, 2008, a date that takes into account the likely amendment to the Complaint that is forthcoming. The parties intend to abide by all applicable rules with regard to discovery. The Parties will adhere to standard limits on written discovery and depositions; however, Plaintiff anticipates that he may well need more than the presumptive ten depositions.  Defendant anticipates being flexible on this question, so long as he is given sufficient notice.  The parties will cooperate on

this issue by conferring as early as possible, including by further discussing deposition dates for fall 2007 and electronic discovery, in June, 2007.

9. Experts: The parties propose that a proponent's expert disclosures, including an expert report, be served by November 30, 2007, and that counterdesignation and report be provided within 30 days thereafter.

10. Class Action Procedures: Not applicable

11. Bifurcation of Discovery or Trial: None

12. Proposed Date For The Pretrial Conference: The parties agree that the Court should set a date for the pre-trial conference at its own discretion.

13. Trial Date: The parties agree that the Court should set a date for the trial at its own discretion.

14. Form Of Production Of Electronic Information And Other Electronic Discovery Issues (See Fed. R. Civ. P. 26(f)). The parties agree that documents will be produced in a form as close as possible to the original, and that they will continue to confer as document production becomes imminent.

15. Privilege Or Protection Issues (See Fed. R. Civ. P. 26(f)). The parties are in the process of agreeing on a proposed joint protective order, and do not anticipate having difficulties in doing so.

16. Other Matters: None

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith  (D.C. Bar No. 419544)
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile:   (202) 318-0798

Counsel For Plaintiff


_____
Diane M. Sullivan, (D.C. Bar No. 377360)
Assistant United States Attorney
Civil Division
555 4th Street, N.W. Room E4919
Washington, D.C. 20530
Telephone: (202) 514-7205

Attorney for Defendant


Of Counsel:

Neha N. Hewitt
Office of General Counsel
U.S. Department of Agriculture

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
A. JAMES FIRTH,                          )
                                         )
    Plaintiff,                           )
                                         )
v.                                       ) Civil Action No. 06-cv-2215 (RWR)
                                         )
MIKE JOHANNS,                            )
Secretary                                )
U.S. Department of Agriculture,          )
                                         )
    Defendant.                           )
_____

### INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Report of Local Rule 16.3 Conference and the entire record herein, it is this ___ day of _____, 2007 hereby, ORDERED that the parties shall abide the following dates, deadlines and limitations:

| | |
|---|---|
| Close of all discovery | March 1, 2008. |
| Deadline for filing dispositive motions | 45 days after close of discovery. |
| Deadline for filing Opposition to dispositive motions. | 30 days after the filing of dispositive motions. |
| Deadline for filing Reply to Opposition to dispositive motions. | 15 days after the filing of the Opposition to dispositive motions. |
| Pretrial Conference | At the discretion of the Court |

IT IS SO ORDERED.
Date: _____        _____
                                  UNITED STATES DISTRICT JUDGE