UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

A. JAMES FIRTH,                            )
                                           )
    Plaintiff,                         )
                                           )
v.                                         ) Civil Action No. 06-cv-2215 (RWR)
                                           )
MIKE JOHANNS,                              )
Secretary                                  )
U.S. Department of Agriculture,            )
                                           )
    Defendant.                         )
_____

**NOTICE OF JOINT REQUEST FOR REFERRAL TO UNITED STATES MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

The parties in the above-captioned case have conferred and agreed that this case should be referred to a United States Magistrate Judge for a settlement conference. Accordingly, the parties request such a referral.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith  (D.C. Bar No. 419544)
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile:   (202) 318-0798

Counsel For Plaintiff


_____
Diane M. Sullivan, (D.C. Bar No. 377360)
Assistant United States Attorney
Civil Division
555 4th Street, N.W. Room E4919
Washington, D.C. 20530
Telephone: (202) 514-7205

Attorney for Defendant


Of Counsel:

Neha N. Hewitt
Office of General Counsel
U.S. Department of Agriculture