UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| A. JAMES FIRTH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-cv-2215 (RWR) |
| | ) |
| MIKE JOHANNS, | ) |
| Secretary | ) |
| U.S. Department of Agriculture, | ) |
| | ) |
|     Defendant. | ) |

## JOINT REPORT ON THE STATUS OF SETTLEMENT DISCUSSIONS

Pursuant to this Honorable Court's Order of June 29, 2007, the parties hereby submit this Joint Written Report On the Status Of Settlement Discussions. The status is as follows: Plaintiff's counsel submitted a proposal for a comprehensive settlement. The parties then met with Judge Facciola in a settlement conference, wherein they discussed different approaches to resolving one of the main issues required to reach a settlement. Defendant appears to have made significant progress since the August 9, 2007 settlement conference in devising an approach to resolving that particular issue. The parties have now arranged a second settlement conference with Judge Facciola, which is to occur on September 18. The parties are very hopeful that they can reach a settlement, and would appreciate the Court's continuing the referral to Magistrate Judge Facciola for another 60 days.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith  (D.C. Bar No. 419544)
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile:   (202) 318-0798

Counsel For Plaintiff


_____
Diane M. Sullivan, (D.C. Bar No. 377360)
Assistant United States Attorney
Civil Division
555 4th Street, N.W. Room E4919
Washington, D.C. 20530
Telephone: (202) 514-7205

Attorney for Defendant


Of Counsel:

Neha N. Hewitt
Office of General Counsel
U.S. Department of Agriculture