```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
A. JAMES FIRTH,               )
                              )
    Plaintiff,                )
                              )
    v.                        )    Civil Action No. 06-2215 (RWR/JMF)
                              )
MIKE JOHANNS,                 )
                              )
    Defendant.                )
_____)

### ORDER

Magistrate Judge Facciola has informed chambers that the parties have reached a settlement in principle. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 7th day of November, 2007.

```
                          _____/s/_____
                          RICHARD W. ROBERTS
                          United States District Judge
```