UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. JAMES FIRTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-2215 (RWR/JMF) |
| v. ) | Judge Richard W. Roberts |
| ) | |
| MIKE JOHANNS, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND TIME FOR 30 ADDITIONAL DAYS
BEFORE DISMISSING WITH PREJUDICE**

Come Now the parties, pursuant to the Court's Order of November 7, 2007 wherein the Court ordered this case dismissed without prejudice, and stated that: "any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court," Plaintiff is hereby requesting that the court extend time for an additional 30 days, to January 6, 2008, before dismissing the case with prejudice. As correctly stated in the Court's November 7 order, the parties have reached a settlement in principle. However, there has been a delay in finalizing the settlement agreement. Defendant is still working out the details of reinstating the appropriate and necessary security clearance and processing the paperwork for Plaintiff's detail to the Department of Homeland Security, an important element of the settlement reached. Once this is accomplished, the parties will be able to draft an agreement and finalize the resolution of this case.

WHEREFORE, the parties respectfully request that the Court extend the time before dismissing the case with prejudice for an additional 30 days, to January 6, 2008.

Respectfully submitted,

_____
Diane M. Sullivan, (D.C. Bar No. 377360)
Assistant United States Attorney
Civil Division
555 4th Street, N.W. Room E4919
Washington, D.C. 20530
Telephone: (202) 514-7205

Attorney for Defendant



**THE GOLDSMITH LAW FIRM, LLC**


_____
Leizer Z. Goldsmith   D.C. Bar No. 419544
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-0798
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. JAMES FIRTH,<br><br>    Plaintiff,<br><br>              v.<br><br>MIKE JOHANNS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-2215 (RWR/JMF)<br>)   Judge Richard W. Roberts<br>)<br>)<br>)<br>) |

**Order**

Having reviewed the parties' Joint Motion To Extend Time For 30 Additional Days Before Dismissing With Prejudice, it is hereby,

GRANTED, and it is hereby,

ORDERED that this case shall remain dismissed without prejudice for an additional 30 days. It is further,

ORDERED, that any party may, within thirty days from the entry of this Order, reopen this case upon motion approved by the Court. It is further,

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

_____
United States District Judge

1