IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| A. JAMES FIRTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2215 (RWR) |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| U.S. Department of the ) | |
| Agriculture ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

The parties, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and pursuant to the Court Order of December 5, 2007, request the Court extend the time to finalize a Settlement Agreement before the Court dismisses the case with prejudice up to and including January 30, 2008.

The delay in finalizing the Agreement has been out of control of either party. Other agencies are involved in the proposed detail. Counsel have exchanged proposed drafts of an Agreement but there is no way the Agreement can be finalized until after the first of the year.

Counsel for the defendant will be out of the office from December 21, 2007 through January 4, 2008 on "Use or Lose" Leave and will be out of the city from December 27, 2007 through January 4, 2008. Moreover, several senior management and supervisory officials necessary to approve any final agreement

will be gone over the holidays.

Wherefore, it is respectfully requested that the Court extend the time before dismissing the case with prejudice up to and including January 30, 2008.

                                        Respectfully submitted,

| | |
|---|---|
| __/s/_____<br>LEIZER Z. GOLDSMITH<br>D.C. Bar No# 419544<br>5335 Wisconsin Avenue, N.W.,<br>Suite 440<br>Washington, D.C. 20015<br>Telephone: (202) 895-1506<br>Facsimile: (202) 318-0798<br><br>Counsel for the Plaintiff | __/s/_____<br>JEFFREY A. TAYLOR, D.C. Bar# 498610<br>United States Attorney<br><br><br><br>__/s/_____<br>RUDOLPH CONTRERAS, D.C. Bar# 434122<br>Assistant United States Attorney<br><br>__/s/_____<br>DIANE M. SULLIVAN, D.C. Bar# 12765<br>Assistant United States Attorney<br>Civil Division, Room E4919<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 514-7205<br><br>Counsel for the Defendant |